# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

| | |
|---|---|
| Debtor: | JOHN E. & KIM SMETANKA |
| Case Number: | 16-21600-CMB   Chapter: 13 |
| Date / Time / Room: | THURSDAY, SEPTEMBER 29, 2016 03:30 PM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
9/30/16 4:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#17 - Continued Confirmation of Plan Dated 5/26/2016 - N
   +Objections By: I.R.S.
R / M #:  17 / 0

**Appearances:**

*Smetanka* [handwritten]

Debtor:
Trustee: Winnecour / Bedford / (Pail) Katz
Creditor:

Loknicar — USA IRS
A. John — First Fed S&L of Greene Co.
Counsel / debtor have no defense

**Proceedings:**

Outcome:

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. _X_ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to _____, effective _____.
7. ____ Plan/Motion continued to _____ at _____.

8. ____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. ____ Contested Hearing: _____ at _____.
10. ____ Other:

No pmts ever
Debtor wants case
dismissed.
Unfiled tax returns various years.

9/22/2016  1:12:25PM