Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **John E. Smetanka** | : | Case No. 16−21600−CMB |
| **Kim Smetanka** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | Issued Per Sep. 29, 2016 Proceeding |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this **30th day of September, 2016,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                        Case No. 16-21600-CMB
John E. Smetanka                                              Chapter 13
Kim Smetanka
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2         User: jhel              Page 1 of 3              Date Rcvd: Sep 30, 2016
                             Form ID: 309            Total Noticed: 49
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2016.
```
db/jdb         +John E. Smetanka,   Kim Smetanka,   249 Turkeyfoot Road,   Lemont Furnace, PA 15456-1261
cr             +COMMONWEALTH OF PA  UCTS,   DEPARTMENT OF LABOR AND INDUSTRY,   651 BOAS STREET, ROOM 702,
                HARRISBURG, PA 17121-0700
cr             +T. Lawrence Palmer Office of Attorney General, Pen,   Office of Attorney General,
                5th Floor, Manor Complex,   564 Forbes Avenue,   Pittsburgh, PA 15219-2992
cr             +United States of America Department of the Treasur,   c/oOffice of U.S. Atty for W.D. of PA,
                U.S. Post Office & Courthouse,   700 Grant Street,Suiste 4000,   Pittsburgh, PA  15219,
                U.S.A. 15219-1906
14221451       ++COLLECTION SERVICE CENTER INC,   363 VANADIUM ROAD,   STE 109,   PITTSBURGH PA 15243-1477
                (address filed with court: Collection Service Center,   Po Box 14931,   Pittsburgh, PA 15234)
14223851       +COMMONWEALTH OF PA  UCTS,   DEPARTMENT OF LABOR AND INDUSTRY,   COLLECTIONS SUPPORT UNIT,
                651 BOAS STREET, ROOM 702,   HARRISBURG, PA 17121-0751
14221449       +Ccs/First Savings Bank,   PO Box 5019,   Sioux Falls, SD 57117-5019
14221450       +Chase Auto,   PO Box 901003,   Fort Worth, TX 76101-2003
14221455       +Fidelity Properties,   220 E. Main Street,   Alliance, OH 44601-2423
14221456       +First Federal Greene County,   25 E. High Street,   Waynesburg, PA 15370-1816
14221459       +Fnb Consumer Discount,   908 Park Avenue,   Meadville, PA 16335-3331
14227506       +MIDLAND FUNDING LLC,   PO Box 2011,   Warren, MI 48090-2011
14221466       +Montgomery Ward,   1112 7th Avenue,   Monroe, WI 53566-1364
14256596       +Montgomery Ward,   c/o Creditors Bankruptcy Service,   P.O. Box 800849,   Dallas, TX 75380-0849
14255505       +OneMain Financial Group, LLC asf Wells Fargo Bank,,   605 Munn Road,   FT MILL, SC 29715-8421
14221467       +Onemain,   Po Box 499,   Hanover, MD 21076-0499
14276058        Regency Finance Company,   c/o David W. Raphael, Esquire,   Grenen & Birsic, PC,
                One Gateway Center, 9th Floor,   Pittsburgh, PA  15222
14276057       +Regency Finance Company,   45 West Main Street,   P O Box 2045,   Uniontown, PA 15401-1645
14221472       +US Department Of Education,   2505 S. Finley Road,   Lombard, IL 60148-4867
14238245        Wendling Food Service,   100 Wendling Plaza,   Buckhannon, WV 26201
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14221447       +EDI: TSYS2.COM Oct 01 2016 01:33:00      Barclays Bank Delaware,   PO Box 8801,
                Wilmington, DE 19899-8801
14221448       +EDI: CAPITALONE.COM Oct 01 2016 01:33:00      Capital One,   PO Box 30281,
                Salt Lake City, UT 84130-0281
14233330        EDI: CAPITALONE.COM Oct 01 2016 01:33:00      Capital One Bank (USA), N.A.,   PO Box 71083,
                Charlotte, NC  28272-1083
14233331        EDI: CAPITALONE.COM Oct 01 2016 01:33:00      Capital One, N.A.,   PO Box 71083,
                Charlotte, NC  28272-1083
14258955       +E-mail/Text: bankruptcy@cavps.com Oct 01 2016 02:03:46      Cavalry Investments, LLC,
                500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
14221452       +EDI: WFNNB.COM Oct 01 2016 01:33:00      Comenity Bank/Vctrssec,   220 W Schrock Rd,
                Westerville, OH 43081-2873
14288879       +E-mail/Text: bncmail@w-legal.com Oct 01 2016 02:03:31      Comenity Capital Bank/Paypal Credit,
                c/o Weinstein & Riley, PS,   2001 Western Ave., Ste 400,   Seattle, WA 98121-3132
14221453       +EDI: RCSFNBMARIN.COM Oct 01 2016 01:33:00      Credit One Bank,   Po Box 98875,
                Las Vegas, NV 89193-8875
14221454       +EDI: ESCALLATE.COM Oct 01 2016 01:33:00      Escallate,   5200 Stoneham Rd,
                North Canton, OH 44720-1584
14221457       +EDI: AMINFOFP.COM Oct 01 2016 01:33:00      First Premier,   3820 N Louise Avenue,
                Sioux Falls, SD 57107-0145
14221458       +EDI: AMINFOFP.COM Oct 01 2016 01:33:00      First Premier Bank,   601 S Minnesota Ave,
                Sioux Falls, SD 57104-4868
14221461        EDI: IRS.COM Oct 01 2016 01:33:00      Internal Revenue Service,   Insolvency Unit,   POB 628,
                Pittsburgh, PA 15230
14221463       +E-mail/Text: ebnsterling@weltman.com Oct 01 2016 02:02:46      JB Robinson,   375 GHENT RD,
                Akron, OH 44333-4601
14252206        EDI: CAUT.COM Oct 01 2016 01:33:00      JPMorgan Chase Bank, N.A.,
                National Bankruptcy Department,   P.O. Box 29505 AZ1-1191,   Phoenix, AZ 85038-9505
14242319        EDI: MERRICKBANK.COM Oct 01 2016 01:33:00      MERRICK BANK,   Resurgent Capital Services,
                PO Box 10368,   Greenville, SC 29603-0368
14221464       +EDI: MERRICKBANK.COM Oct 01 2016 01:33:00      Merrick Bank,   PO Box 9201,
                Old Bethpage, NY 11804-9001
14221465       +EDI: MID8.COM Oct 01 2016 01:33:00      Midland Funding,   8875 Aero Dr Ste 200,
                San Diego, CA 92123-2255
14221468        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 01 2016 02:03:09      PA Department of Revenue,
                Bankruptcy Division,   PO Box 280946,   Harrisburg, PA 17128-0496
14221469        EDI: PRA.COM Oct 01 2016 01:33:00      Portfolio Recovery,   Po Box 41067,   Norfolk, VA 23541
14269206       +EDI: JEFFERSONCAP.COM Oct 01 2016 01:33:00      Premier Bankcard, Llc,
                c o Jefferson Capital Systems LLC,   Po Box 7999,   Saint Cloud Mn 56302-7999
14238239        EDI: Q3G.COM Oct 01 2016 01:33:00      Quantum3 Group LLC,   P.O. Box 788,
                Kirkland, WA 98083-0788
14285684        EDI: Q3G.COM Oct 01 2016 01:33:00      Quantum3 Group LLC as agent for,   Comenity Bank,
                PO Box 788,   Kirkland, WA 98083-0788
```

```
District/off: 0315-2           User: jhel                  Page 2 of 3                   Date Rcvd: Sep 30, 2016
                               Form ID: 309                Total Noticed: 49

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14226415       EDI: Q3G.COM Oct 01 2016 01:33:00      Quantum3 Group LLC as agent for,   Sterling Jewelers Inc,
                PO Box 788,    Kirkland, WA 98083-0788
14241888       EDI: Q3G.COM Oct 01 2016 01:33:00      Quantum3 Group LLC as agent for,   Sadino Funding LLC,
                PO Box 788,    Kirkland, WA 98083-0788
14238240      +EDI: RMSC.COM Oct 01 2016 01:33:00      Syncb,   Po Box 965007,    Orlando, FL 32896-5007
14278542      +E-mail/Text: bncmail@w-legal.com Oct 01 2016 02:03:31      TD BANK USA, N.A.,
                C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14221470      +EDI: WTRRNBANK.COM Oct 01 2016 01:33:00      TD BANK USA/TARGET,   PO BOX 673,
                Minneapolis, MN 55440-0673
14221471      +EDI: CITICORP.COM Oct 01 2016 01:33:00      Thd/Cbna,   Po Box 6497,
                Sioux Falls, SD 57117-6497
14221473      +EDI: BLUESTEM.COM Oct 01 2016 01:33:00      Webbank/Fingerhut,   6250 Ridgewood Rd,
                Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 29

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              First Federal Savings & Loan Association of Greene
cr              JPMORGAN CHASE BANK, N.A
cr*            +Regency Finance Company,    45 West Main Street,    P O Box 2045,   Uniontown, PA 15401-1645
14238215*      +Barclays Bank Delaware,    PO Box 8801,   Wilmington, DE 19899-8801
14238219*     ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,   PITTSBURGH PA 15243-1477
                (address filed with court: Collection Service Center,    Po Box 14931,    Pittsburgh, PA 15234)
14238216*      +Capital One,   PO Box 30281,    Salt Lake City, UT 84130-0281
14238217*      +Ccs/First Savings Bank,    PO Box 5019,   Sioux Falls, SD 57117-5019
14238218*      +Chase Auto,   PO Box 901003,    Fort Worth, TX 76101-2003
14238220*      +Comenity Bank/Vctrssec,    220 W Schrock Rd,   Westerville, OH 43081-2873
14238221*      +Commonwealth Of PA UCTS,    DEPARTMENT OF LABOR AND INDUSTRY,   COLLECTIONS SUPPORT UNIT,
                651 BOAS STREET, ROOM 702,    Harrisburg, PA 17121-0751
14238222*      +Credit One Bank,   Po Box 98875,    Las Vegas, NV 89193-8875
14238223*      +Escallate,   5200 Stoneham Rd,    North Canton, OH 44720-1584
14238224*      +Fidelity Properties,    220 E. Main Street,   Alliance, OH 44601-2423
14238225*      +First Federal Greene County,    25 E. High Street,   Waynesburg, PA 15370-1816
14238226*      +First Premier,   3820 N Louise Avenue,    Sioux Falls, SD 57107-0145
14238227*      +First Premier Bank,    601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
14238228*      +Fnb Consumer Discount,    908 Park Avenue,   Meadville, PA 16335-3331
14221460*      +Internal Revenue Service,    Insolvency Unit,   POB 7346,   Philadelphia, PA 19101-7346
14238229*      +Internal Revenue Service,    Insolvency Unit,   POB 7346,   Philadelphia, PA 19101-7346
14221462*      +Internal Revenue Service,    William S. Moorehead Federal Building,   1000 Liberty Avenue,
                Room 727,    Pittsburgh, PA 15222-4107
14238231*      +Internal Revenue Service,    William S. Moorehead Federal Building,   1000 Liberty Avenue,
                Room 727,    Pittsburgh, PA 15222-4107
14238230*       Internal Revenue Service,    Insolvency Unit,   POB 628,   Pittsburgh, PA 15230
14238232*      +JB Robinson,   375 GHENT RD,    Akron, OH 44333-4601
14274864*      +MIDLAND FUNDING LLC,    PO Box 2011,   Warren, MI 48090-2011
14238233*      +Merrick Bank,   PO Box 9201,    Old Bethpage, NY 11804-9001
14238234*      +Midland Funding,   8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
14238235*      +Montgomery Ward,   1112 7th Avenue,    Monroe, WI 53566-1364
14238236*      +Onemain,   Po Box 499,    Hanover, MD 21076-0499
14238237*       PA Department of Revenue,    Bankruptcy Division,   PO Box 280946,   Harrisburg, PA 17128-0496
14238238*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery,    Po Box 41067,   Norfolk, VA 23541)
14238241*      +TD BANK USA/TARGET,    PO BOX 673,   Minneapolis, MN 55440-0673
14238242*      +Thd/Cbna,   Po Box 6497,    Sioux Falls, SD 57117-6497
14238243*      +US Department Of Education,    2505 S. Finley Road,   Lombard, IL 60148-4867
14238244*      +Webbank/Fingerhut,    6250 Ridgewood Rd,   Saint Cloud, MN 56303-0820
                                                                                   TOTALS: 2, * 32, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2016                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: jhel              Page 3 of 3            Date Rcvd: Sep 30, 2016
                              Form ID: 309            Total Noticed: 49
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 30, 2016 at the address(es) listed below:
              Anne N. John    on behalf of Creditor    First Federal Savings & Loan Association of Greene County
               johnandjohn96@atlanticbb.net
              David W. Raphael    on behalf of Creditor    Regency Finance Company draphael@grenenbirsic.com,
               mcupec@grenenbirsic.com
              Jill  Locnikar    on behalf of Creditor    United States of America Department of the Treasury,
               Internal Revenue Service jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov
              Joshua I. Goldman    on behalf of Creditor    JPMORGAN CHASE BANK, N.A bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Kim  Smetanka ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Debtor John E. Smetanka ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              T. Lawrence Palmer    on behalf of Creditor T. Lawrence Palmer   Office of Attorney General,
               Pennsylvania Department of Revenue lpalmer@attorneygeneral.gov,  MarkSPalmerPC@aol.com
                                                                                             TOTAL: 9
```